Jan Hamilton #08163
Chapter 13 Trustee
509 SW Jackson St
Topeka, KS 66603
785-234-1551

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**
William Edward Samuels                                CASE NO: 18-41608
Ferra Lynn Samuels
                              Debtor(s)

---

### NOTICE OF FINAL CURE PAYMENT AND MOTION TO DEEM LOAN CURRENT
### IN THE EVENT OF NO TIMELY RESPONSE (CONDUIT)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), Jan Hamilton, Chapter 13 Trustee, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full and all postpetition payments due have been timely paid.

Name of Creditor: US BANK TRUST NATIONAL ASSOCIATION
Account #: 5640

Ongoing payments are made: __ direct by the debtor / **X** through the trustee

Amounts Disbursed By The Trustee:

| Claim Number: 19 | Amount Paid |
|---|---|
| MORTGAGE ARREARS | $7,563.25 |
| ONGOING MORTG PYMNT - SECURED | $48,922.28 |
| MORTGAGE ADMINISTRATIVE | $2,715.22 principal and $67.88 interest |

If the Plan required ongoing payments to be made through the Trustee, the loan is now due for: **March 2022**, with Debtor(s) to make such payment direct to the creditor.

**Statement from Holder of Claim**

Within 21 days of the service of the Notice of Final Cure Payment, the creditor **MUST** file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P. 3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. 1322(b)(5).

The statement shall itemize the required cure or post petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

**Consequences of Noncompliance with Fed.R.Bankr.P.3002.1(g)**

If the holder of a claim fails to timely provide any information required by Fed.R.Bank.P.3002(b), (c), or (g), the Court will treat that failure as an admission that any default has been cured. The Court will then enter an Order finding that all allowed claims have been paid in accordance with the plan, and with respect to any claim secured by Debtor(s)' principal residence that continues beyond the term of the plan, that any prepetition or postpetition defaults have been cured and **the account is in all respects current through 02/28/2022**, with no escrow balance, late charges, costs or attorney fees owing.

Respectfully submitted,

/s/ - Jan Hamilton

Jan Hamilton #08163
Teresa L. Arnold #21586
Chapter 13 Trustee
509 SW Jackson St, Topeka, KS 66603
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com
teresa.arnold@topeka13trustee.com

*CR353/BB*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment and Motion to Deem Loan Current was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's CM/ECF system at the e-mail address registered with the Court this date: February 11, 2022.

William Edward Samuels | Ferra Lynn Samuels | 828 N. Cottonwood | Gardner, KS 66030
ADAM MACK | MACK & ASSOCIATES LLC | 2850 SW MISSION WOODS DRIVE | TOPEKA, KS 66614
OCWEN LOAN SERVICING LLC | SHAPIRO & KREISMAN LLC | 6811 SHAWNEE MISSION PARKWAY SUITE 309 | OVERLAND PARK, KS 65202
US BANK NATIONAL ASSOCIATION | % MILLSAP & SINGER LLC | 612 SPIRIT DRIVE | ST LOUIS, MO 63005
NATIONSTAR MORTGAGE LLC | d/b/a MR COOPER | PO BOX 619096 | DALLAS, TX 75261-9741
US BANK TRUST NATIONAL ASSOCIATION | as Trustee of Dwelling Series IV Trust. | c/o SN SERVICE CORPORATION | 323 FIFTH STREET | EUREKA, CA 95501

/s/ - Jan Hamilton, Trustee