# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## TOPEKA, KANSAS DIVISION

In re:                                             Case No. 18-41608

     William Edward Samuels
     Ferra Lynn Samuels
          Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

     Jan Hamilton, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/26/2018.

2) The plan was confirmed on 05/22/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/02/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 01/24/2022.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $229,200.00.

10) Amount of unsecured claims discharged without payment: $37,339.87.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $94,291.88 | |
| Less amount refunded to debtor | $3,230.23 | |
| **NET RECEIPTS:** | | **$91,061.65** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $432.95 | |
| Court Costs | $310.00 | |
| Trustee Expenses & Compensation | $9,106.25 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$9,849.20** |

Attorney fees paid and disclosed by debtor:   $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY BANK | Secured | 36,102.00 | 36,947.46 | 0.00 | 0.00 | 0.00 |
| AMERICAN PROFT RECOVERY | Unsecured | 177.45 | NA | NA | 0.00 | 0.00 |
| ANTHONY PLUMBLING & HEATING | Unsecured | 924.17 | NA | NA | 0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE INC | Unsecured | 632.00 | NA | NA | 0.00 | 0.00 |
| AUTO NOW | Secured | 15,333.00 | 15,836.55 | 15,836.55 | 15,836.55 | 2,205.42 |
| BANK MIDWEST NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAY CAPITAL MANAGEMENT | Unsecured | 1,129.00 | NA | NA | 0.00 | 0.00 |
| BOARD OF COUNTY COMMISSIONER | Secured | 0.00 | 1,773.89 | 0.00 | 0.00 | 0.00 |
| BOARD OF COUNTY COMMISSIONER | Unsecured | 6,147.00 | 547.00 | 547.00 | 3.96 | 0.00 |
| CASHNETUSA | Unsecured | 3,500.00 | 2,213.19 | 2,213.19 | 16.04 | 0.00 |
| CASHNETUSA | Unsecured | 0.00 | 1,643.31 | 1,643.31 | 11.91 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| DCF-CHILD SUPPORT | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| EDUCATIONAL CREDIT MANAGEME | Unsecured | NA | 94,256.77 | 94,256.77 | 683.02 | 0.00 |
| EMERGENCY MEDICAL CARE | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| ERC/ ENHANCED RECOVERY CORP | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 3,630.00 | NA | NA | 0.00 | 0.00 |
| GREATLIFE-KC | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| IMAGE ONE EYECARE | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 400.00 | 628.58 | 628.58 | 628.58 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 412.23 | 412.23 | 2.99 | 0.00 |
| JOHNSON COUNTY MENTAL HEALTI | Unsecured | 87.50 | NA | NA | 0.00 | 0.00 |
| KANSAS CITY ALLERGY ASTHMA A‹ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KANSAS DEPT OF REVENUE | Priority | 291.00 | NA | NA | 0.00 | 0.00 |
| MIDAS | Unsecured | 1,680.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT agent for | Unsecured | 632.00 | 632.58 | 632.58 | 4.58 | 0.00 |
| NAVIENT SOLUTIONS LLC on behalf o | Unsecured | 19,872.00 | 19,996.88 | 19,996.88 | 144.91 | 0.00 |
| OLATHE HEALTH PHYSICIANS | Unsecured | 1,576.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OLATHE MEDICAL CENTER INC | Unsecured | 1,927.00 | 1,927.57 | 1,927.57 | 13.97 | 0.00 |
| OLATHE TRADING POST AND PAWN | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| PREFERRED FAMILY HEALTHCARE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD LLC | Unsecured | 1,158.00 | 1,158.01 | 1,158.01 | 8.39 | 0.00 |
| PREMIER BANKCARD LLC | Unsecured | 1,068.00 | 1,068.22 | 1,068.22 | 7.74 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 81.82 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA  INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHAWNEE MISSION MEDICAL CENTI | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 3,458.00 | 3,457.62 | 3,457.62 | 25.06 | 0.00 |
| T MOBILE BANKRUPTCY TEAM | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| TEMPOE LLC (dba WHY NOT LEAST I | Secured | NA | 846.42 | 846.42 | 846.42 | 32.38 |
| TEMPOE LLC (dba WHY NOT LEAST I | Secured | NA | 431.05 | 431.05 | 431.05 | 16.58 |
| TEMPOE LLC (dba WHY NOT LEAST I | Secured | NA | 819.72 | 819.72 | 819.72 | 31.75 |
| TIME WARNER CABLE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TRUGREEN | Unsecured | 355.06 | NA | NA | 0.00 | 0.00 |
| UNITED IMAGING CONSULTANTS LL | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST NATIONAL ASSOCI | Secured | 132,653.00 | 131,978.57 | 7,563.25 | 7,563.25 | 0.00 |
| US BANK TRUST NATIONAL ASSOCI | Secured | 0.00 | 0.00 | 0.00 | 48,922.28 | 0.00 |
| US BANK TRUST NATIONAL ASSOCI | Secured | 0.00 | 0.00 | 2,715.22 | 2,715.22 | 67.88 |
| US DEPARTMENT OF EDUCATION c/c | Unsecured | 18,248.00 | 18,302.15 | 18,302.15 | 132.62 | 0.00 |
| WODEN FINANCE LLC | Unsecured | 6,000.00 | 5,544.96 | 5,544.96 | 40.18 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $2,715.22 | $51,637.50 | $67.88 |
| Mortgage Arrearage | $7,563.25 | $7,563.25 | $0.00 |
| Debt Secured by Vehicle | $15,836.55 | $15,836.55 | $2,205.42 |
| All Other Secured | $2,097.19 | $2,097.19 | $80.71 |
| **TOTAL SECURED:** | **$28,212.21** | **$77,134.49** | **$2,354.01** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $628.58 | $628.58 | $0.00 |
| **TOTAL PRIORITY**: | **$628.58** | **$628.58** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$151,160.49** | **$1,095.37** | **$0.00** |

UST Form 101-13-FR-S (09/01/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,849.20 |
| Disbursements to Creditors | $81,212.45 |

**TOTAL DISBURSEMENTS** : **$91,061.65**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/15/2022                    By: /s/ Jan Hamilton

                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

IN RE:

William Edward Samuels
Ferra Lynn Samuels

Case No. 18-41608

Debtors

## NOTICE WITH OPPORTUNITY FOR HEARING ON
## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Please be advised Jan Hamilton, Chapter 13 Trustee, has filed the Chapter 13 Standing Trustee's Final Report And Account.

Unless a written objection to the Chapter 13 Standing Trustee's Final Report And Account is filed with the Clerk of the U.S. Bankruptcy Court, 240 US Courthouse, 444 SE Quincy, Topeka, KS 66683, on or before July 15, 2022, it is presumed that the Chapter 13 estate has been fully administered, and an Order or Decree may be entered which closes the Chapter 13 estate and releases the Trustee and the Trustee's surety bond without further notice. If an objection is timely filed, a non-evidentiary hearing will be held before the US Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, KS 66683 on August 09, 2022 at 9:30 am.

A hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk of the U.S. Bankruptcy Court.

/s/ Jan Hamilton
Jan Hamilton, Trustee # 08163
509 SW Jackson St, Topeka, KS 66603
(785)234-1551, (785)234-0537 Fax
jan.hamilton@topeka13trustee.com

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Notice and Chapter 13 Standing Trustee's Final Report And Account attached thereto was sent electronically or mailed, postage prepaid, to the following: Debtors, Debtors' Attorney, U.S. Trustee. A summary of the Chapter 13 Standing Trustee's Final Report And Account was mailed to all creditors who filed claims on this date: June 15, 2022

/s/ Jan Hamilton
Jan Hamilton, Trustee

USTFRA101/DB

**UST Form 101-13-FR-S (09/01/2009)**